# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| SE SHIPPING LINES PTE LTD. ) | Civil Action |
| ) | No.: 1:12-cv-299-NT |
| Plaintiff ) | |
| ) | |
| v. ) | STIPULATION OF DISMISSAL |
| ) | RULE 41(a), F.R.Civ.P. |
| M/V H.R. MARGARETHA ) | |
| *In Rem* ) | |
| ) | |
| Defendant ) | |

   NOW COME the parties herein, by and through their undersigned counsel, and pursuant to Rule 41(a), F.R.Civ.P., hereby stipulate to the dismissal of the within matter with prejudice and without costs as to Six Hundred and Fifty Thousand Dollars ($650,000.00) of the claim set forth in Plaintiff's Verified Complaint, but without prejudice to the balance of the claim set forth in Plaintiff's Verified Complaint, which claim is specifically reserved, and without prejudice to any responding claim Defendant may have with regard to the claim set forth in Plaintiff's Verified Complaint.  Plaintiff agrees that it will not re-arrest the *H.R. Margaretha*, or otherwise detain any vessel or other property in the ownership or associated ownership or management of the "Margaretha Green" or MS Hammonia Margaretha Schiffahrts GmbH & Co KG for the purpose of obtaining security in respect of the claim as detailed in SE Shipping Lines Pte. Ltd.'s Verified Complaint dated September 28, 2012.

DATED at Portland, Maine, this 5th day of October, 2012.

/s/   Leonard W. Langer
Leonard W. Langer, Esq.
Counsel for Plaintiff
SE Shipping Lines Pte. Ltd.

THOMPSON & BOWIE, LLP
Three Canal Plaza, P.O. Box 4630
Portland, ME  04112-4630
(207) 774-2500
lwlanger@thompsonbowie.com

/s/  John R. Bass, II,
John R. Bass, II, Esq.
Counsel for Defendant
M/V HR MARGARETHA, *in rem*

THOMPSON, BULL, FUREY,
BASS & MACCOLL
P.O. Box 447
120 Exchange St.
Portland, ME 04112-0447
207-774-7600
jbass@thomport.com

CERTIFICATE OF SERVICE

I, Leonard W. Langer, hereby certify that on October 5, 2102, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send a notification of such filing(s) to all parties of record.

/s/   Leonard W. Langer
Leonard W. Langer, Esq.